466 A.2d 728

Commonwealth v. Link, Appellant.

Argued March 30, 1983. Melinda E. Martin, for appellant; Robert L. Eberhardt, Deputy District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Order affirmed.